DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE ESTATE OF BARBARA KIMMEL,** by and through
**DAVID GOLDSTEIN** and **MARC EVAN GOLDSTEIN,**
Co-Personal Representatives,
Appellants,

v.

**SOVEREIGN HEALTHCARE OF BOYNTON BEACH, LLC, SOVEREIGN
HEALTHCARE HOLDINGS, LLC, SOUTHERN HEALTHCARE
MANAGEMENT, LLC, TERRI N. ANNO,** and **JAKIE BADERE (**as to
**BOYNTON BEACH REHABILITATION CENTER),**
Appellees.

No. 4D22-2738

[April 27, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T.
Case No. 50-2020-CA-014164.

Lisa M. Tanaka of Wilkes & Associates, P.A., Tampa, for appellants.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for
appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***